```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 38810
   FAWRIST CORY BAKER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
  SSN XXX-XX-9523


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 10/19/2004 and was confirmed 12/09/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 11/19/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
FIRST MIDWEST BANK         SECURED          4758.09        225.76         4758.09
ECAST SETTLEMENT CORP      UNSECURED        2302.82          .00          2302.82
ECAST SETTLEMENT CORP      UNSECURED        2348.36          .00          2348.36
BLAIR CORPORATION          UNSECURED         102.83          .00           102.83
COMMONWEALTH MEDICAL       UNSECURED        NOT FILED        .00              .00
CREDIT UNION 1             UNSECURED        4565.89          .00          4565.89
ECAST SETTLEMENT CORP      UNSECURED        5389.04          .00          5389.04
NATL CITY BEVERLY BANK     UNSECURED        NOT FILED        .00              .00
QUEST DIAGNOSTICS          UNSECURED        NOT FILED        .00              .00
THE STUDENT LOAN CORPORA   UNSECURED        NOT FILED        .00              .00
TRI COUNTY ACCOUNTS        UNSECURED        NOT FILED        .00              .00
ECAST SETTLEMENT CORP      UNSECURED        2202.82          .00          2202.82
DISCOVER FINANCIAL SERVI   FILED LATE       6735.87          .00              .00
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                        1,416.78
DEBTOR REFUND              REFUND                                           330.11

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              26,342.50

PRIORITY                                          .00
SECURED                                      4,758.09
    INTEREST                                   225.76
UNSECURED                                   16,911.76
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                         1,416.78
DEBTOR REFUND                                  330.11
                     --------------        --------------
TOTALS               26,342.50              26,342.50

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 38810 FAWRIST CORY BAKER
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 04 B 38810 FAWRIST CORY BAKER